SEVERA KEITH, CSBN 218167
THE KEITH LAW OFFICE, P.C.
179 Eleventh Street
San Francisco, CA 94103
(415) 626-6000 - Telephone
(415) 626-6000 - Facsimile

Attorney for Defendant
PHIN YO VORN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | No. CR 14-00473-EMC |
| Plaintiff, | |
| vs. | STIPULATION AND [P~~RO~~OPOSED] ORDER TO MODIFY DATE OF SURRENDER TO JUNE 1, 2015 |
| PHIN YO VORN, | |
| Defendant. | |

   IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its attorney, Matthew McCarthy, and defendant Phin Yo Vorn through his attorney, Severa Keith, that the date on which Mr. Vorn will surrender himself into custody to serve his sentence, which was Ordered on May 13, 2015, will be modified from July 15, 2015 to June 1, 2015.

*U.S. v. Vorn: Stipulation to Modify Surrender Date; [Proposed] Order*

The reason for this modification is that Mr. Vorn has three children and he needs to begin serving his sentence soon, so that he can be available to his family during the school year.

IT IS SO STIPULATED:

Dated: May 15, 2015    Respectfully Submitted,

_____/s/_____
Severa Keith
Attorney for Defendant
PHIN YO VORN
179 Eleventh Street
San Francisco, CA 94103
(415) 626-6000
severa@keithlawoffice.com

Dated: May 15, 2015    _____/s/_____
Matthew McCarthy
Assistant U.S. Attorney
Office of The U.S. Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
(415) 436-7200

*U.S. v. Vorn: Stipulation to Modify Surrender Date; [Proposed] Order*

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, the Court orders, for the reasons set forth in the parties' Stipulation, that that the date on which Mr. Vorn will surrender himself into custody to serve his sentence, which was ordered on May 13, 2015, will be modified from July 15, 2015 to June 1, 2015.

DATED: May 15, 2015



HONORABLE EDWARD M. CHEN
United States District Judge

*U.S. v. Vorn: Stipulation to Modify Surrender Date; [Proposed] Order*